The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LAN BAN; LCHLOE RE, LLC, a Washington limited liability company; JAVIER LUNA; and LUNA HOMES NW, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DES MOINES; REBECCA DEMING; PARAMETRIX, INC., a Washington corporation; and JOHN/JANE DOES 1-10,<br><br>Defendants. | No. 2:26-cv-03514-KKE<br><br>STIPULATION AND ORDER FOR EXTENSION OF INITIAL DISCLOSURES<br><br>NOTE ON MOTION DOCKET: OCTOBER 22, 2026 |

Pursuant to Local Civil Rule 7(b)(2), the parties, through their undersigned counsel, after having met and conferred respectfully submit this Stipulation.

## I. STIPULATION

WHEREAS, on October 20, 2026, counsel held a 26(f) Conference and agree that an order extending the Initial Disclosure deadline for 14 days after the court rules upon the pending motions to dismiss (Dkt. No.'s 12, 13) is appropriate. Both motions to dismiss are noted for November 10, 2026 without oral argument.

STIPULATED TO this 22nd day of October, 2026.

By: */s/ Christian Linville*
Christian Linville, WSBA #33545

LINVILLE LAW FIRM, PLLC
4025 Delridge Way SW, Suite 540
Seattle, WA 98106
Telephone: (206) 515-0642
Email: clinville@linvillelawfirm.com

*Attorneys for Plaintiff*

By: */s/ Adam L. Rosenberg*
Adam L. Rosenberg, WSBA #39256

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-1900
Email: arosenberg@kellerrohrback.com

*Attorneys for Defendants City of Des Moines and Rebecca Deming*

By: */s/ Andrew J. Gabel*
Andrew J. Gabel, WSBA #39310

BALLARD SPAHR LLP
1301 2nd Ave Ste 2800
Seattle, WA 98101-3808
Telephone: (206) 223-7026
Email: gabela@ballardspahr.com

*Attorneys for Defendant Parametrix*

## II. ORDER

In light of the parties' stipulated motion (Dkt. No. 15) and the pending motions to dismiss (Dkt. Nos. 12, 13), the Court TERMINATES the deadlines for initial disclosures and combined joint status report and discovery plan that were set by the Court's September 30, 2026 order (Dkt. No. 11). The Court will set new deadlines upon resolution of the pending motions to dismiss, which are noted for November 10, 2026.

SO ORDERED.

Dated this 28th day of October, 2026.

Kymberly K. Evanson
United States District Judge