UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAN BAN, et al.,

Plaintiff(s),

v.

CITY OF DES MOINES, et al.,

Defendant(s).

CASE NO. C26-3514-KKE

MINUTE ORDER TERMINATING MOTIONS TO DISMISS

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1) In light of Plaintiffs' superseding Amended Complaint (Dkt. No. 17), the Court DIRECTS the Clerk of Court to TERMINATE the pending motions to dismiss the superseded complaint (Dkt. Nos. 12, 13).

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 4th day of November 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk